**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| JAMES MARK VOGEL,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>THOMAS ROY,<br>Commissioner of Corrections,<br><br>　　　　　　Respondent. | Civil No. 11-1421 (PJS/JJG)<br><br>**ORDER ON REPORT AND RECOMMENDATION** |

　　The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed to that Report and Recommendation in the time period permitted.

　　Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

　　**IT IS HEREBY ORDERED** that:

　　1.　　Petitioner's application to proceed <u>in</u> <u>forma</u> <u>pauperis</u>, [Docket No. 2], is **DENIED**; and

　　2.　　This action is summarily **DISMISSED WITHOUT PREJUDICE**.

　　**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  June 30, 2011　　　　　　<u>Patrick J. Schiltz</u>
　　　　　　　　　　　　　　　　　PATRICK J. SCHILTZ
　　　　　　　　　　　　　　　　　United States District Judge